# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GETTY IMAGES (US), INC., <br><br> Plaintiff, <br><br> v. <br><br> STABILITY AI, INC. <br><br> Defendant. | C.A. No.: |

## CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that Getty Images (US), Inc., a non-governmental corporate entity, is an indirect, wholly owned subsidiary of Getty Images Holdings, Inc., which is a publicly traded company. Getty Images Holdings, Inc. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

| | |
|---|---|
| Dated: February 3, 2023 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | |
| OF COUNSEL: | /s/ *Tammy L. Mercer* <br> Tammy L. Mercer (No. 4957) |
| WEIL, GOTSHAL & MANGES LLP <br> Benjamin E. Marks (*pro hac vice* application forthcoming) <br> Jared R. Friedmann (*pro hac vice* application forthcoming) <br> Melissa Rutman (*pro hac vice* application forthcoming) <br> 767 Fifth Avenue <br> New York, New York 10153 <br> (212) 310-8000 <br> benjamin.marks@weil.com <br> jared.friedmann@weil.com <br> melissa.rutman@weil.com | Robert M. Vrana (No. 5666) <br> 1000 North King Street <br> Wilmington, Delaware 19801 <br> (302) 571-6600 <br> tmercer@ycst.com <br> rvrana@ycst.com <br><br> *Attorneys for Plaintiff Getty Images (US), Inc.* |