# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GETTY IMAGES (US), INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No.: |
| v. ) | |
| ) | |
| STABILITY AI, INC. ) | |
| Defendant. ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to District of Delaware Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Benjamin E. Marks, Esquire, Jared R. Friedmann, Esquire, and Melissa Rutman, Esquire of Weil, Gotshal & Manges LLP, to represent Plaintiff Getty Images (US), Inc. in the above-captioned action.

| | |
|---|---|
| Dated: February 3, 2023 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | |
| OF COUNSEL: | */s/ Tammy L. Mercer* |
| | Tammy L. Mercer (No. 4957) |
| WEIL, GOTSHAL & MANGES LLP | Robert M. Vrana (No. 5666) |
| Benjamin E. Marks (*pro hac vice* application forthcoming) | 1000 North King Street |
| | Wilmington, Delaware 19801 |
| Jared R. Friedmann (*pro hac vice* application forthcoming) | (302) 571-6600 |
| | tmercer@ycst.com |
| 767 Fifth Avenue | rvrana@ycst.com |
| New York, New York 10153 | |
| (212) 310-8000 | *Attorneys for Plaintiff Getty Images (US), Inc.* |
| benjamin.marks@weil.com | |
| jared.friedmann@weil.com | |

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* of Benjamin E. Marks, Esquire, Jared R. Friedmann, Esquire, and Melissa Rutman, Esquire is GRANTED.

Date: _____, 2023

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to District of Delaware Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing, and in good standing as a member of the Bar of New York, and pursuant to District of Delaware Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: February 3, 2023

*/s/ Benjamin E. Marks*
Benjamin E. Marks
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8029
benjamin.marks@weil.com

# CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to District of Delaware Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing, and in good standing as a member of the Bar of New York, and pursuant to District of Delaware Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: February 3, 2023

*/s/ Jared R. Friedmann*
Jared R. Friedmann
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8828
jared.friedmann@weil.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to District of Delaware Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing, and in good standing as a member of the Bar of New York, and pursuant to District of Delaware Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: February 3, 2023

*/s/ Melissa Rutman*
Melissa Rutman
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8682
melissa.rutman@weil.com