AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Delaware

| | | |
|---|---|---|
| GETTY IMAGES (US), INC. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | Civil Action No. |
| v. | ) | |
| STABILITY AI, INC. | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Stability AI, Inc.
c/o United Corporate Services, Inc.
874 Walker Rd., Ste. C
Dover, DE 19904


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Tammy L. Mercer
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 North King Street, Wilmington, Delaware 19801

Benjamin E. Marks (pro hac vice application forthcoming)
Jared R. Friedmann (pro hac vice application forthcoming)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue, New York, NY 10153

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


_CLERK OF COURT_

/s/ John A. Cerino

Date: _____   _____

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Stability AI, Inc.

was received by me on *(date)*  02/06/2023  .

❒ I personally served the summons on the individual at *(place)*

_____  on *(date)* _____  ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____  , a person of suitable age and discretion who resides there,

on *(date)* _____  , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Kristen McGown at 1:35 pm  , who is

designated by law to accept service of process on behalf of *(name of organization)*  United Corporate Services, Inc.

located at 874 Walker Rd, Ste C, Dover, DE 19904  on *(date)*  02/06/2023  ; or

❒ I returned the summons unexecuted because _____  ; or

❒ Other *(specify):*


My fees are $ _____  for travel and $ _____  for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  02/06/2023

_____
*Server's signature*

Lori Millar-Process Server
_____
*Printed name and title*

Parcels, Inc.-1111B South Governors Avenue

Dover, DE 19904
_____
*Server's address*

Additional information regarding attempted service, etc: