IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GETTY IMAGES (US), INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-135 (GBW) |
| | ) |
| STABILITY AI, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Jack B. Blumenfeld, Michael J. Flynn and the law firm of MORRIS, NICHOLS, ARSHT & TUNNELL LLP on behalf of defendant Stability AI, Inc.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael J. Flynn*

Jack B. Blumenfeld (#1014)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mflynn@morrisnichols.com

*Attorneys for Defendant*

OF COUNSEL:

Nicole M. Jantzi
Paul M. Schoenhard
FRIED, FRANK, HARRIS, SHRIVER
  &amp; JACOBSON LLP
801 17th Street, NW
Washington, DC 20006
(202) 639-7000

Michael C. Keats
Amir R. Ghavi
FRIED, FRANK, HARRIS, SHRIVER
  &amp; JACOBSON LLP
One New York Plaza
New York, NY 10004
(212) 859-8000

February 8, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 8, 2023, upon the following in the manner indicated:

| | |
|---|---|
| Tammy L. Mercer, Esquire<br>Robert M. Vrana, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>1000 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Benjamin E. Marks, Esquire<br>Jared R. Friedmann, Esquire<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY  10153<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Michael J. Flynn*
_____
Michael J. Flynn (#5333)