IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GETTY IMAGES (US), INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-135 (GBW) |
| | ) |
| STABILITY AI, INC., | ) |
| | ) |
| Defendant. | ) |

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*** 

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Nicole M. Jantzi, Paul M. Schoenhard, Michael C. Keats and Amir R. Ghavi of FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP to represent defendant Stability AI, Inc. in this matter.

                                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                              */s/ Michael J. Flynn*

                                              Jack B. Blumenfeld (#1014)
                                              Michael J. Flynn (#5333)
                                              1201 North Market Street
                                              P.O. Box 1347
                                              Wilmington, DE  19899
                                              (302) 658-9200
                                              jblumenfeld@morrisnichols.com
                                              mflynn@morrisnichols.com

                                              *Attorneys for Defendant*

February 9, 2023

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Nicole M. Jantzi, Paul M. Schoenhard, Michael C. Keats and Amir R. Ghavi is granted.

Dated: _____          _____
                                                                                United States District Judge

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia and the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date:  February 9, 2023              /s/ Nicole M. Jantzi
                                     Nicole M. Jantzi
                                     FRIED, FRANK, HARRIS, SHRIVER &
                                       JACOBSON LLP
                                     801 17th Street, NW
                                     Washington, DC  20006
                                     (202) 639-7000

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia, the Commonwealth of Virginia and the State of Washington and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date:  February 9, 2023                    /s/ *Paul M. Schoenhard*
                                           Paul M. Schoenhard
                                           FRIED, FRANK, HARRIS, SHRIVER &
                                            JACOBSON LLP
                                           801 17th Street, NW
                                           Washington, DC  20006
                                           (202) 639-7000

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 2/9/2022

Michael C. Keats
FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON LLP
One New York Plaza
New York, NY 10004
(212) 859-8000

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date:   February 9, 2023                     /s/ Amir R. Ghavi
                                             Amir R. Ghavi
                                             FRIED, FRANK, HARRIS, SHRIVER
                                                & JACOBSON LLP
                                             One New York Plaza
                                             New York, NY 10004
                                             (212) 859-8000

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 9, 2023, upon the following in the manner indicated:

| | |
|---|---|
| Tammy L. Mercer, Esquire<br>Robert M. Vrana, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>1000 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Benjamin E. Marks, Esquire<br>Jared R. Friedmann, Esquire<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY  10153<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Michael J. Flynn*

Michael J. Flynn (#5333)