IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GETTY IMAGES (US), INC.,                      )
                                              )
                        Plaintiff,            )
                                              )
            v.                                )   C.A. No. 23-135 (GBW)
                                              )
STABILITY AI, INC.,                           )
                                              )
                        Defendant.            )

## STIPULATION AND [PROPOSED] ORDER

It is hereby stipulated by the parties, subject to the approval of the Court, that:

1.    The time for Defendant to answer, move or otherwise respond to the Complaint is extended until April 18, 2023; and

2.    If Defendant files a motion in response to the Complaint, the time for Plaintiff to file an answering brief in opposition to any such motion shall be extended through and including June 2, 2023.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Robert M. Vrana

_____
Tammy L. Mercer (#4957)
Robert M. Vrana (#5666)
1000 North King Street
Wilmington, DE  19801
(302) 571-6600
tmercer@ycst.com
rvrana@ycst.com

WEIL, GOTSHAL & MANGES LLP
Benjamin E. Marks
Jared R. Friedmann
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

*Attorneys for Plaintiff*

February 24, 2023

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Michael J. Flynn

_____
Jack B. Blumenfeld (#1014)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mflynn@morrisnichols.com

*Attorneys for Defendant*

SO ORDERED this _____ day of February, 2023.

_____

United States District Judge