IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GETTY IMAGES (US), INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 23-135 (GBW) |
| STABILITY AI, LTD. and STABILITY AI, INC., | ) ) ) ) |
| Defendants. | ) |

## STIPULATION AND [PROPOSED] ORDER

It is hereby stipulated by the parties, subject to the approval of the Court, that:

1. The time for Defendants to answer, move or otherwise respond to the Amended Complaint (D.I. 13) is extended until April 25, 2023; and

2. If Defendants file a motion in response to the Complaint, the time for Plaintiff to file an answering brief in opposition to any such motion shall be extended through and including June 9, 2023.

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Robert M. Vrana* | */s/ Michael J. Flynn* |
| Tammy L. Mercer (#4957) | Jack B. Blumenfeld (#1014) |
| Robert M. Vrana (#5666) | Michael J. Flynn (#5333) |
| 1000 North King Street | 1201 North Market Street |
| Wilmington, DE 19801 | P.O. Box 1347 |
| (302) 571-6600 | Wilmington, DE 19899 |
| tmercer@ycst.com | (302) 658-9200 |
| rvrana@ycst.com | jblumenfeld@morrisnichols.com |
| *Attorneys for Plaintiff* | mflynn@morrisnichols.com |
| | *Attorneys for Defendants* |

April 11, 2023

SO ORDERED this _____ day of April, 2023.

_____
United States District Judge