IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GETTY IMAGES (US), INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STABILITY AI, LTD. and STABILITY AI, )<br>INC., )<br>)<br>Defendants. | C.A. No. 23-135 (GBW) |

## STIPULATION AND [PROPOSED] ORDER

It is hereby stipulated by the parties, subject to the approval of the Court, that:

1. The time for Defendants to answer, move or otherwise respond to the Amended Complaint (D.I. 13) is extended until May 2, 2023; and

2. If Defendants file a motion in response to the Complaint, the time for Plaintiff to file an answering brief in opposition to any such motion shall be extended through and including June 16, 2023.

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Robert M. Vrana* | */s/ Michael J. Flynn* |
| Tammy L. Mercer (#4957)<br>Robert M. Vrana (#5666)<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>tmercer@ycst.com<br>rvrana@ycst.com | Jack B. Blumenfeld (#1014)<br>Michael J. Flynn (#5333)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>mflynn@morrisnichols.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

April 24, 2023

**SO ORDERED** this _____ day of April, 2023.

_____
United States District Judge