IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GETTY IMAGES (US), INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 23-135 (GBW) |
| | ) | |
| STABILITY AI, LTD. and | ) | |
| STABILITY AI, INC., | ) | |
| | ) | |
| Defendants. | | |

## **DEFENDANTS' MOTION TO DISMISS OR TRANSFER THIS ACTION**

Pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(6), and 12(b)(7), Defendants Stability AI, Inc. and Stability AI Ltd. (collectively, "Defendants") respectfully move to dismiss Plaintiff's Amended Complaint (D.I. 13) for lack of personal jurisdiction, for inability to join a necessary and indispensable party, and for failure to state a claim upon which relief can be granted. In the alternative, Defendants request that this action be transferred to the Northern District of California under 28 U.S.C. § 1631 or § 1404(a).

The grounds for this motion are fully set forth in Defendants' Opening Brief and the Declaration of Peter O'Donoghue filed herewith. A proposed order is attached.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael J. Flynn*

_____

Jack B. Blumenfeld (#1014)
Michael J. Flynn (#5333)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19801
(302) 658-9200
jblumenfeld@morrisnichols.com
mflynn@morrisnichols.com

*Attorneys for Defendants Stability AI, Inc. and Stability AI Ltd.*

OF COUNSEL:


Nicole M. Jantzi
Paul M. Schoenhard
FRIED, FRANK, HARRIS, SHRIVER
    & JACOBSON LLP
801 17th Street, NW
Washington, DC 20006
(202) 639-7000

-and-

Amir R. Ghavi
Michael C. Keats
Nicholas D. Winkley
FRIED, FRANK, HARRIS, SHRIVER
    & JACOBSON LLP
One New York Plaza
New York, New York 10004
(212) 859-8000

May 2, 2023

2

## **<u>D. DEL. LR 7.1.1 CERTIFICATE</u>**

Pursuant to D. Del. LR 7.1.1, the undersigned counsel for Defendants certifies that the parties have conferred on Defendants' alternative requested relief for transfer of this action to the Northern District of California, but the parties were unable to reach agreement.

*/s/ Michael J. Flynn*

Michael J. Flynn (#5333)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GETTY IMAGES (US), INC., )
)
Plaintiff, )
)
v. )   C.A. No. 23-135 (GBW)
)
STABILITY AI, LTD. and )
STABILITY AI, INC., )
)
Defendants.

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**

The Court, having reviewed and considered Defendants' Motion to Dismiss and the

responsive filings, finds that the Motion should be granted.

Accordingly, IT IS HEREBY ORDERED that the Motion is GRANTED and Plaintiff's

claims in its Amended Complaint (D.I. 13) are DISMISSED WITH PREJUDICE.

SO ORDERED this _____ day of _____, 2023.


_____
The Honorable Gregory B. Williams
United States District Judge

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 2, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 2, 2023, upon the following in the manner indicated:

Tammy L. Mercer, Esquire                                        *VIA ELECTRONIC MAIL*
Robert M. Vrana, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 North King Street
Wilmington, DE  19801
*Attorneys for Plaintiff*

Benjamin E. Marks, Esquire                                     *VIA ELECTRONIC MAIL*
Jared R. Friedmann, Esquire
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153
*Attorneys for Plaintiff*


                                                    */s/ Michael J. Flynn*
                                            _____
                                            Michael J. Flynn (#5333)