IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GETTY IMAGES (US), INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-135 (GBW) |
| | ) |
| STABILITY AI, LTD. and | ) |
| STABILITY AI, INC., | ) |
| | ) |
| Defendants. | |

**<u>DEFENDANTS' AMENDED FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT</u>**

Pursuant to Fed. R. Civ. P. 7.1(a), the undersigned counsel for Defendants Stability AI, Inc. and Stability AI Ltd. makes the following disclosure statement:

(1) Stability AI, Inc. is a Delaware holding company and has no parent corporation.

(2) No publicly-held corporation owns 10% or more of the stock of Stability AI, Inc.

(3) Stability AI Ltd. is a limited company organized under the laws of the United Kingdom. The parent company of Stability AI Ltd. is Stability AI, Inc.

(4) No publicly-held corporation owns 10% or more of the stock of Stability AI Ltd.

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Michael J. Flynn* |
| | _____ |
| | Jack B. Blumenfeld (#1014) |
| | Michael J. Flynn (#5333) |
| | 1201 N. Market Street |
| | P.O. Box 1347 |
| | Wilmington, DE 19801 |
| | (302) 658-9200 |
| | jblumenfeld@morrisnichols.com |
| | mflynn@morrisnichols.com |
| | |
| | *Attorneys for Defendants Stability AI, Inc. and Stability AI Ltd.* |
| OF COUNSEL: | |
| | |
| Nicole M. Jantzi | |
| Paul M. Schoenhard | |
| FRIED, FRANK, HARRIS, SHRIVER | |
|     & JACOBSON LLP | |
| 801 17th Street, NW | |
| Washington, DC 20006 | |
| (202) 639-7000 | |
| | |
| -and- | |
| | |
| Amir R. Ghavi | |
| Michael C. Keats | |
| Nicholas D. Winkley | |
| FRIED, FRANK, HARRIS, SHRIVER | |
|     & JACOBSON LLP | |
| One New York Plaza | |
| New York, New York 10004 | |
| (212) 859-8000 | |

May 2, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2023, I caused the forgoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 2, 2023, upon the following in the manner indicated:

| | |
|---|---|
| Tammy L. Mercer, Esquire<br>Robert M. Vrana, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>1000 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Benjamin E. Marks, Esquire<br>Jared R. Friedmann, Esquire<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY  10153<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Michael J. Flynn*

Michael J. Flynn (#5333)