IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GETTY IMAGES (US), INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STABILITY AI, INC., )<br>)<br>Defendant. ) | C.A. No. 23-135-GBW |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 11, 2023, the following were served on the counsel listed below in the manner indicated:

1) Plaintiff's Jurisdictional Interrogatories to Defendant Stability AI, Ltd.

2) Plaintiff's Jurisdictional Requests for the Production of Documents to Defendant Stability AI, Ltd.

3) Plaintiff's Jurisdictional Interrogatories to Defendant Stability AI, Inc.

4) Plaintiff's Jurisdictional Requests for the Production of Documents to Defendant Stability AI, Inc.

**BY E-MAIL and/or FIRST CLASS MAIL**

| | |
|---|---|
| Jack B. Blumenfeld<br>Michael J. Flynn<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>jblumenfeld@morrisnichols.com<br>mflynn@morrisnichols.com<br><br>*Attorneys for Defendants* | Nicole M. Jantzi<br>Paul M. Schoenhard<br>Fried, Frank, Harris, Shriver<br>& Jacobson LLP<br>801 17th Street, NW<br>Washington, DC 20006<br>nicole.jantzi@friedfrank.com<br>paul.schoenhard@friedfrank.com<br><br>Michael C. Keats<br>Amir R. Ghavi<br>Fried, Frank, Harris, Shriver<br>& Jacobson LLP<br>One New York Plaza<br>New York, NY 10004<br>michael.keats@friedfrank.com<br>amir.ghavi@friedfrank.com |

PLEASE TAKE FURTHER NOTICE that on May 12, 2023, a copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and will be served by email on the counsel listed above.

| | |
|---|---|
| Dated: May 12, 2023 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| OF COUNSEL: | |
| | /s/ Robert M. Vrana |
| Benjamin E. Marks | Tammy L. Mercer (No. 4957) |
| Jared R. Friedmann | Robert M. Vrana (No. 5666) |
| Melissa Rutman | 1000 North King Street |
| WEIL, GOTSHAL & MANGES LLP | Wilmington, Delaware 19801 |
| 767 Fifth Avenue | (302) 571-6600 |
| New York, New York 10153 | tmercer@ycst.com |
| (212) 310-8000 | rvrana@ycst.com |
| benjamin.marks@weil.com | |
| jared.friedmann@weil.com | *Attorneys for Plaintiff Getty Images (US), Inc.* |
| melissa.rutman@weil.com | |