IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GETTY IMAGES (US), INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 23-135 (GBW) |
| ) | |
| STABILITY AI, LTD. and STABILITY AI, ) | |
| INC., ) | |
| Defendants. ) | |

## REQUEST FOR ORAL ARGUMENT

Pursuant to D. Del. LR 7.1.4, Plaintiff Getty Images (US), Inc. ("Getty Images") respectfully requests oral argument on Getty's discovery dispute, which is fully-briefed pursuant to the Court's July 14, 2023 Oral Order (D.I. 24).

Getty Images is mindful of the Court's order that it will "schedule a discovery teleconference at a later date" if the Court "determines that the dispute cannot be resolved based on the parties' letter submissions." (D.I. 24)  Getty Images respectfully submits that such a discovery teleconference is appropriate in order to permit Getty Images the opportunity to respond to certain new contentions in Defendants' responsive letter (D.I. 27).

Counsel for Getty Images are available at the Court's convenience for a hearing on the Motion.

| | |
|---|---|
| | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| OF COUNSEL: | /s/ Robert M. Vrana |
| WEIL, GOTSHAL & MANGES LLP | |
| Benjamin E. Marks | Tammy L. Mercer (#4957) |
| Jared R. Friedmann | Robert M. Vrana (#5666) |
| Melissa Rutman | 1000 North King Street |
| 767 Fifth Avenue | Wilmington, DE  19801 |
| New York, New York  10153 | (302) 571-6600 |
| (212) 310-8000 | tmercer@ycst.com |
| | rvrana@ycst.com |
| July 21, 2023 | *Attorneys for Plaintiff* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 21, 2023, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

| | |
|---|---|
| Jack B. Blumenfeld<br>Michael J. Flynn<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>jblumenfeld@morrisnichols.com<br>mflynn@morrisnichols.com<br><br>*Attorneys for Defendant* | Nicole M. Jantzi<br>Paul M. Schoenhard<br>Fried, Frank, Harris, Shriver<br>& Jacobson LLP<br>801 17th Street, NW<br>Washington, DC 20006<br>nicole.jantzi@friedfrank.com<br>paul.schoenhard@friedfrank.com<br><br>Michael C. Keats<br>Amir R. Ghavi<br>Fried, Frank, Harris, Shriver<br>& Jacobson LLP<br>One New York Plaza<br>New York, NY 10004<br>michael.keats@friedfrank.com<br>amir.ghavi@friedfrank.com |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Robert M. Vrana*

Tammy L. Mercer (#4957)
Robert M. Vrana (#5666)
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
tmercer@ycst.com
rvrana@ycst.com

*Attorneys for Plaintiff*