

**WILMINGTON**
RODNEY SQUARE

**NEW YORK**
ROCKEFELLER CENTER

**Robert M. Vrana**
P 302.571.6726
F 302.576.3741
rvrana@ycst.com

August 25, 2023

**BY E-FILE**

The Honorable Gregory B. Williams
United States District Court
   for the District of Delaware
844 N. King Street
Wilmington, DE 19801

    Re:    *Getty Images (US), Inc. v. Stability AI, Ltd., et al.*, C.A. No. 23-135 (GBW)

Dear Judge Williams,

    In follow-up to Getty Images' Request for Oral Argument (D.I. 28), which stated that counsel for Getty Images are available at the Court's convenience for a hearing, I write to advise that lead counsel for Getty Images has an unavoidable conflict on Thursday August 31, 2023. Outside of that date, counsel for Getty Images remain available at the Court's convenience for a hearing. Counsel are also available if the Court has any questions or requires any additional information to resolve the parties' discovery dispute.

        Respectfully submitted,

        */s/ Robert M. Vrana*

        Robert M. Vrana (No. 5666)

cc:  All Counsel of Record (via CM/ECF and email)