IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GETTY IMAGES (US), INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 23-135 (GBW) |
| ) | |
| STABILITY AI, LTD. and STABILITY AI, ) | |
| INC., ) | |
| Defendants. ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to District of Delaware Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Brian Liegel, Esquire of Weil, Gotshal & Manges LLP, 1395 Brickell Avenue, Suite 1200, Miami, Florida 33131, to represent Plaintiff Getty Images (US) Inc., in the above-captioned action.

OF COUNSEL:

WEIL, GOTSHAL & MANGES LLP
Benjamin E. Marks
Jared R. Friedmann
Melissa Rutman
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

Brian Liegel
Weil, Gotshal & Manges LLP
1395 Brickell Avenue, Suite 1200
Miami, FL 33131
(305)577-3180

October 9, 2023

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Robert M. Vrana*
Tammy L. Mercer (#4957)
Robert M. Vrana (#5666)
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
tmercer@ycst.com
rvrana@ycst.com

*Attorneys for Plaintiff*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* of Brian Liegel, Esquire is GRANTED.

Date:

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of Florida, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Revised Standing Order for District Court Fund, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated:  October 6, 2023                     /s/ Brian Liegel_____
                                                  Brian Liegel
                                                  Weil, Gotshal & Manges LLP
                                                  1395 Brickell Avenue, Suite 1200
                                                  Miami, FL  33131
                                                  Tel:  305-577-3180
                                                   Brian.Liegel@weil.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 9, 2023, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

| | |
|---|---|
| Jack B. Blumenfeld<br>Michael J. Flynn<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>jblumenfeld@morrisnichols.com<br>mflynn@morrisnichols.com<br><br><br>*Attorneys for Defendant* | Nicole M. Jantzi<br>Paul M. Schoenhard<br>Fried, Frank, Harris, Shriver<br>& Jacobson LLP<br>801 17th Street, NW<br>Washington, DC 20006<br>nicole.jantzi@friedfrank.com<br>paul.schoenhard@friedfrank.com<br><br>Michael C. Keats<br>Amir R. Ghavi<br>Fried, Frank, Harris, Shriver<br>& Jacobson LLP<br>One New York Plaza<br>New York, NY 10004<br>michael.keats@friedfrank.com<br>amir.ghavi@friedfrank.com |

Dated: October 9, 2023

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Robert M. Vrana*

Tammy L. Mercer (#4957)
Robert M. Vrana (#5666)
1000 North King Street
Wilmington, DE  19801
(302) 571-6600
tmercer@ycst.com
rvrana@ycst.com

*Attorneys for Plaintiff*