IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GETTY IMAGES (US), INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-135 (JLH) |
| | ) |
| STABILITY AI, LTD. | ) |
| and STABILITY AI, INC., | ) |
| | ) |
| Defendants. | ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Joseph C. Gratz, Allyson R. Bennett, Timothy Chen Saulsbury, Aditya V. Kamdar and Laura Gilbert Remus of MORRISON & FOERSTER LLP to represent Defendants Stability AI, Ltd. and Stability AI, Inc. in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Michael J. Flynn*
Jack B. Blumenfeld (#1014)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mflynn@morrisnichols.com
  *Attorneys for Defendants*

January 26, 2024

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____          _____
                                                                        United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for Attorney Registration and Pro Hac Vice Fees effective 1/1/2024, I further certify that the filing fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: January 26, 2024                         */s/ Joseph C. Gratz*
                                                Joseph C. Gratz
                                                MORRISON & FOERSTER LLP
                                                425 Market Street
                                                San Francisco, CA  94105-2482
                                                (415) 268-7000
                                                jgratz@mofo.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for Attorney Registration and Pro Hac Vice Fees effective 1/1/2024, I further certify that the filing fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: January 26, 2024

/s/ *Allyson R. Bennett*
Allyson R. Bennett
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA, 90017-3543
(213) 892-5200
abennett@mofo.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for Attorney Registration and Pro Hac Vice Fees effective 1/1/2024, I further certify that the filing fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: January 26, 2024                         */s/ Timothy Chen Saulsbury*
                                                Timothy Chen Saulsbury
                                                MORRISON & FOERSTER LLP
                                                425 Market Street
                                                San Francisco, CA  94105-2482
                                                (415) 268-7000
                                                tsaulsbury@mofo.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars for the State of California and District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for Attorney Registration and Pro Hac Vice Fees effective 1/1/2024, I further certify that the filing fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: January 26, 2024     /s/ *Aditya V. Kamdar*
Aditya V. Kamdar
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, D.C., 20037
(202) 887-1500
akamdar@mofo.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar for the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for Attorney Registration and Pro Hac Vice Fees effective 1/1/2024, I further certify that the filing fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: January 26, 2024

*/s/ Laura Gilbert Remus*
Laura Gilbert Remus
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA  90017-3543
(213) 892-5200
LRemus@mofo.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 26, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Tammy L. Mercer, Esquire<br>Robert M. Vrana, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>1000 North King Street<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Benjamin E. Marks, Esquire<br>Jared R. Friedmann, Esquire<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Michael J. Flynn*

Michael J. Flynn (#5333)