IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GETTY IMAGES (US), INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STABILITY AI, LTD. ) <br> and STABILITY AI, INC., ) <br> ) <br> Defendants. ) | C.A. No. 23-135 (JLH) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *Stability AI Ltd.'s Second Supplemental Objections and Responses to Plaintiff's Jurisdictional Interrogatories Nos. 2 and 12*; and (2) *Stability AI, Inc.'s Second Supplemental Objections and Responses to Plaintiff's Jurisdictional Interrogatory No. 7* were caused to be served on January 26, 2024, upon the following in the manner indicated:

Tammy L. Mercer, Esquire                                                          *VIA ELECTRONIC MAIL*
Robert M. Vrana, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 North King Street
Wilmington, DE  19801
*Attorneys for Plaintiff*

Benjamin E. Marks, Esquire                                                        *VIA ELECTRONIC MAIL*
Jared R. Friedmann, Esquire
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153
*Attorneys for Plaintiff*

|  |  |
|---|---|
| OF COUNSEL:<br><br>Nicole M. Jantzi<br>Paul M. Schoenhard<br>FRIED, FRANK, HARRIS, SHRIVER<br>   & JACOBSON LLP<br>801 17th Street, NW<br>Washington, DC  20006<br>(202) 639-7000<br><br>Michael C. Keats<br>Amir R. Ghavi<br>FRIED, FRANK, HARRIS, SHRIVER<br>   & JACOBSON LLP<br>One New York Plaza<br>New York, NY 10004<br>(212) 859-8000<br><br>Joseph C. Gratz<br>Timothy Chen Saulsbury<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA  94105-2482<br>(415) 268-7000<br><br>Allyson R. Bennett<br>Laura Gilbert Remus<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Los Angeles, CA, 90017-3543<br>(213) 892-5200<br><br>Aditya V. Kamdar<br>MORRISON & FOERSTER LLP<br>2100 L Street, NW, Suite 900<br>Washington, D.C., 20037<br>(202) 887-1500<br><br>January 26, 2024 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Michael J. Flynn*<br><br>_____<br>Jack B. Blumenfeld (#1014)<br>Michael J. Flynn (#5333)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>mflynn@morrisnichols.com<br><br>*Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 26, 2024, upon the following in the manner indicated:

Tammy L. Mercer, Esquire                                               *VIA ELECTRONIC MAIL*
Robert M. Vrana, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 North King Street
Wilmington, DE  19801
*Attorneys for Plaintiff*

Benjamin E. Marks, Esquire                                             *VIA ELECTRONIC MAIL*
Jared R. Friedmann, Esquire
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153
*Attorneys for Plaintiff*


                                                                       */s/ Michael J. Flynn*
                                                                       _____
                                                                       Michael J. Flynn (#5333)