# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GETTY IMAGES (US), INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-135 (JLH) |
| | ) |
| STABILITY AI, LTD. and STABILITY AI, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 26 and 30, Plaintiff Getty Images (US), Inc. will take the deposition of Peter O'Donoghue. The deposition will take place on February 22, 2024, beginning at 9:30 am GMT (London), at the offices of Weil, Gotshal & Manges, LLP, 110 Fetter Lane, London EC4A 1AY, and shall continue from day to day until it has been completed. The deposition will be recorded by stenographic means and videotaped before a Notary Public or other officer authorized by law to administer oaths.

Dated: February 13, 2024

OF COUNSEL:

WEIL, GOTSHAL & MANGES LLP
Benjamin E. Marks (admitted *pro hac vice*)
Jared R. Friedmann (admitted *pro hac vice*)
Brian G. Liegel (admitted *pro hac vice*)
Melissa Rutman (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York  10153
(212) 310-8000
benjamin.marks@weil.com
jared.friedmann@weil.com
brian.liegel@weil.com
melissa.rutman@weil.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

 */s/ Robert M. Vrana*
Tammy L. Mercer (No. 4957)
Robert M. Vrana (No. 5666)
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600
tmercer@ycst.com
rvrana@ycst.com

*Attorneys for Plaintiff Getty Images (US), Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 13, 2023, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

### BY E-MAIL

Jack B. Blumenfeld
Michael J. Flynn
MORRIS, NICHOLS, ARSHT
 & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
mflynn@morrisnichols.com

Nicole M. Jantzi
Paul M. Schoenhard
FRIED, FRANK, HARRIS, SHRIVER
& JACOBSON LLP
801 17th Street, NW
Washington, DC 20006
nicole.jantzi@friedfrank.com
paul.schoenhard@friedfrank.com

Michael C. Keats
Amir R. Ghavi
FRIED, FRANK, HARRIS, SHRIVER
& JACOBSON LLP
One New York Plaza
New York, NY 10004
michael.keats@friedfrank.com
amir.ghavi@friedfrank.com

Joseph C. Gratz
Timothy Chen Saulsbury
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
jgratz@mofo.coM
tsaulsbury@mofo.com

Allyson R. Bennett
Laura Gilbert Remus
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA, 90017-3543
abennett@mofo.com
LRemus@mofo.com

Aditya V. Kamdar
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, D.C., 20037
(202) 887-1500
akamdar@mofo.com

*Attorneys for Defendant*

| | |
|---|---|
| Dated: February 13, 2024 | YOUNG CONAWAY STARGATT<br> & TAYLOR, LLP<br><br>*/s/ Robert M. Vrana*<br>Tammy L. Mercer (No. 4957)<br>Robert M. Vrana (No. 5666)<br>1000 North King Street<br>Wilmington, Delaware 19801<br>(302) 571-6600<br>tmercer@ycst.com<br>rvrana@ycst.com<br><br>*Attorneys for Plaintiff Getty Images (US), Inc.* |