**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GETTY IMAGES (US), INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-135 (JLH) |
| | ) |
| STABILITY AI, LTD. and STABILITY AI, INC., | ) |
| | ) |
| Defendants. | ) |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

At Wilmington this  8th  day of _____July_____, 2024, having considered Plaintiff's Unopposed Motion for Leave to File Second Amended Complaint, and all papers and argument submitted therewith, IT IS HEREBY ORDERED that the motion is GRANTED.

_____
The Honorable Jennifer L. Hall
United States District Judge