IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GETTY IMAGES (US), INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-135 (JLH) |
| | ) |
| STABILITY AI, LTD., STABILITY AI, INC., and STABILITY AI US SERVICES CORPORATION | ) ) ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND [PROPOSED] ORDER

It is hereby stipulated by the parties, subject to the approval of the Court, that:

1. Defendant Stability AI US Services Corporation has accepted service of the Second Amended Complaint, and agrees not to challenge service of the Second Amended Complaint; and

2. The time for Defendants to respond to the Second Amended Complaint (D.I. 42) is extended by one week to July 29, 2024.

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Robert M. Vrana* | */s/ Michael J. Flynn* |
| Tammy L. Mercer (#4957) | Jack B. Blumenfeld (#1014) |
| Robert M. Vrana (#5666) | Michael J. Flynn (#5333) |
| 1000 North King Street | 1201 North Market Street |
| Wilmington, DE 19801 | P.O. Box 1347 |
| (302) 571-6600 | Wilmington, DE 19899 |
| tmercer@ycst.com | (302) 658-9200 |
| rvrana@ycst.com | jblumenfeld@morrisnichols.com |
| | mflynn@morrisnichols.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

July 22, 2024

**SO ORDERED** this _____ day of July, 2024.

_____
United States District Judge