IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GETTY IMAGES (US), INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-135 (JLH) |
| | ) |
| STABILITY AI, LTD., STABILITY AI, INC. and STABILITY AI US SERVICES CORPORATION, | ) ) ) ) |
| Defendants. | |

**STABILITY AI US SERVICES CORPORATION'S**
**FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1(a), the undersigned counsel for Defendant Stability AI US Services Corporation makes the following disclosure statement:

(1) Stability AI US Services Corporation is a corporation organized under the laws of the State of Delaware. The parent company of Stability AI US Services Corporation is Stability AI, Inc.

(2) No publicly-held corporation owns 10% or more of the stock of Stability AI US Services Corporation.

(3) Stability AI, Inc. is a Delaware holding company and has no parent corporation.

(4) No publicly-held corporation owns 10% or more of the stock of Stability AI, Inc.

| | |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Michael J. Flynn* |
| OF COUNSEL: | _____ |
| | Jack B. Blumenfeld (#1014) |
| Nicole M. Jantzi | Michael J. Flynn (#5333) |
| Paul M. Schoenhard | 1201 North Market Street |
| FRIED, FRANK, HARRIS, SHRIVER | P.O. Box 1347 |
|   & JACOBSON LLP | Wilmington, DE 19899 |
| 801 17th Street, NW | (302) 658-9200 |
| Washington, DC  20006 | jblumenfeld@morrisnichols.com |
| (202) 639-7000 | mflynn@morrisnichols.com |
| | *Attorneys for Defendants* |
| Michael C. Keats | |
| Amir R. Ghavi | |
| FRIED, FRANK, HARRIS, SHRIVER | |
|   & JACOBSON LLP | |
| One New York Plaza | |
| New York, NY 10004 | |
| (212) 859-8000 | |
| | |
| Joseph C. Gratz | |
| Timothy Chen Saulsbury | |
| MORRISON & FOERSTER LLP | |
| 425 Market Street | |
| San Francisco, CA  94105-2482 | |
| (415) 268-7000 | |
| | |
| Allyson R. Bennett | |
| Laura Gilbert Remus | |
| MORRISON & FOERSTER LLP | |
| 707 Wilshire Boulevard | |
| Los Angeles, CA, 90017-3543 | |
| (213) 892-5200 | |
| | |
| Aditya V. Kamdar | |
| MORRISON & FOERSTER LLP | |
| 2100 L Street, NW, Suite 900 | |
| Washington, D.C., 20037 | |
| (202) 887-1500 | |
| | |
| July 29, 2024 | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 29, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Tammy L. Mercer, Esquire<br>Robert M. Vrana, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>1000 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Benjamin E. Marks, Esquire<br>Jared R. Friedmann, Esquire<br>Melissa Rutman, Esquire<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY  10153<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Brian Liegel, Esquire<br>WEIL, GOTSHAL & MANGES LLP<br>1395 Brickell Avenue, Suite 1200<br>Miami, FL 33131<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Michael J. Flynn*

Michael J. Flynn (#5333)