IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GETTY IMAGES (US), INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-135 (JLH) |
| | ) |
| STABILITY AI, LTD. STABILITY AI, | ) |
| INC., and STABILITY AI US SERVICES | ) |
| CORPORATION | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' RENEWED MOTION TO TRANSFER

Defendants respectfully move to transfer this action to the Northern District of California under 28 U.S.C. § 1631 or § 1404(a).

The grounds for this motion are fully set forth in Defendants' Opening Brief and supporting declarations filed herewith. A proposed order is attached.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael J. Flynn*

---

Jack B. Blumenfeld (#1014)
Michael J. Flynn (#5333)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19801
(302) 658-9200
jblumenfeld@morrisnichols.com
mflynn@morrisnichols.com

*Attorneys for Defendants*

OF COUNSEL:

Joseph C. Gratz
Timothy Chen Saulsbury
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000

Allyson R. Bennett
Laura Gilbert Remus
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA, 90017-3543
(213) 892-5200

Aditya V. Kamdar
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC  20037
(202) 887-1500

July 29, 2024

## D. DEL. LR 7.1.1 CERTIFICATE

Pursuant to D. Del. LR 7.1.1, the undersigned counsel for Defendants certifies that the parties have conferred on Defendants' requested relief for transfer of this action to the Northern District of California, but the parties were unable to reach agreement.

*/s/ Michael J. Flynn*

Michael J. Flynn (#5333)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GETTY IMAGES (US), INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-135 (JLH) |
| | ) |
| STABILITY AI, LTD. STABILITY AI, INC., and STABILITY AI US SERVICES CORPORATION | ) |
| | ) |
| Defendants. | ) |

### [PROPOSED] ORDER GRANTING MOTION TO TRANSFER

The Court, having reviewed and considered Defendants' Renewed Motion to Transfer and the responsive filings, finds that the Motion should be granted.

Accordingly, IT IS HEREBY ORDERED that the Motion is GRANTED and this action is hereby transferred to the Northern District of California.

SO ORDERED this _____ day of _____, 2024.

_____
The Honorable Jennifer L. Hall
United States District Judge

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 29, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

  I further certify that I caused copies of the foregoing document to be served on July 29, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Tammy L. Mercer, Esquire<br>Robert M. Vrana, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>1000 North King Street<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Benjamin E. Marks, Esquire<br>Jared R. Friedmann, Esquire<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

          */s/ Michael J. Flynn*
          ―――――――――――――――――
          Michael J. Flynn (#5333)