IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GETTY IMAGES (US), INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-135 (JLH) |
| | ) |
| STABILITY AI, LTD., STABILITY AI, INC., and STABILITY AI US SERVICES CORPORATION | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, on August 12, 2024, Plaintiff Getty Images (US), Inc. ("Plaintiff") filed its Answering Brief in Opposition to Defendants' Renewed Motion to Dismiss (D.I. 54), Answering Brief in Opposition to Defendants' Motion to Transfer (D.I. 55) and supporting Declaration of Robert Vrana (D.I. 56) under seal;

WHEREAS, Defendants have requested, and Plaintiff has consented, subject to the approval of the Court, to extend the deadline for submitting redacted versions of the filings, provided that Defendants provide proposed redactions 24 hours in advanced of the new deadline to Plaintiff;

WHEREFOR, IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that that the deadline for the parties to file redacted versions of (D.I. 54-56) is hereby extended to August 21, 2024.

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Robert M. Vrana* | */s/ Michael J. Flynn* |
| Tammy L. Mercer (#4957)<br>Robert M. Vrana (#5666)<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>tmercer@ycst.com<br>rvrana@ycst.com<br><br>*Attorneys for Plaintiff* | Jack B. Blumenfeld (#1014)<br>Michael J. Flynn (#5333)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>mflynn@morrisnichols.com<br><br>*Attorneys for Defendants* |

August 20, 2024

**SO ORDERED** this _____ day of August, 2024.

_____
United States District Judge