# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GETTY IMAGES (US), INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-135 (JLH) |
| | ) |
| STABILITY AI, LTD., STABILITY AI, | ) |
| INC., and STABILITY AI US | ) |
| SERVICES CORPORATION, | ) |
| | |
| Defendants. | |

## REQUEST FOR ORAL ARGUMENT

Pursuant to D. Del. LR 7.1.4, Plaintiff Getty Images (US), Inc. ("Getty Images") respectfully requests oral argument on Defendants' Renewed Motion to Dismiss (D.I. 45) and Defendants' Renewed Motion to Transfer (D.I. 48) (collectively, the "Motions"). The Motions were filed on July 29, 2024, and briefing is now complete (D.I. 46, 49, 54, 55, 58, 59). Counsel for Getty Images are available at the Court's convenience for a hearing on the Motions.

| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| Benjamin E. Marks | |
| Jared R. Friedmann | /s/ Robert M. Vrana |
| Melissa Rutman | Tammy L. Mercer (No. 4957) |
| 767 Fifth Avenue | Robert M. Vrana (No. 5666) |
| New York, New York 10153 | 1000 North King Street |
| (212) 310-8000 | Wilmington, Delaware 19801 |
| benjamin.marks@weil.com | (302) 571-6600 |
| jared.friedmann@weil.com | tmercer@ycst.com |
| melissa.rutman@weil.com | rvrana@ycst.com |
| | |
| Brian G. Liegel | *Attorneys for Plaintiff Getty Images (US), Inc.* |
| 1395 Brickell Ave, Ste. 1200 | |
| Miami, Florida 33131 | Dated: August 26, 2024 |
| (305) 577-3180 | |
| brian.liegel@weil.com | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 26, 2024, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY E-MAIL**

Jack B. Blumenfeld
Michael J. Flynn
MORRIS, NICHOLS, ARSHT
 & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
mflynn@morrisnichols.com

Joseph C. Gratz
Timothy Chen Saulsbury
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
jgratz@mofo.com
tsaulsbury@mofo.com

Allyson R. Bennett
Laura Gilbert Remus
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA, 90017-3543
abennett@mofo.com
LRemus@mofo.com

Aditya V. Kamdar
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, D.C., 20037
akamdar@mofo.com

*Attorneys for Defendant*

Dated: August 26, 2024

YOUNG CONAWAY STARGATT
 & TAYLOR, LLP

/s/ Robert M. Vrana
Tammy L. Mercer (No. 4957)
Robert M. Vrana (No. 5666)
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600
tmercer@ycst.com
rvrana@ycst.com

*Attorneys for Plaintiff Getty Images (US), Inc.*