IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GETTY IMAGES (US), INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-135 (JLH) |
| | ) |
| STABILITY AI, LTD., STABILITY AI, INC. and STABILITY AI US SERVICES CORPORATION, | ) ) ) ) |
| Defendants. | |

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that the appearance of Allyson R. Bennett of MORRISON & FOERSTER LLP is hereby withdrawn as counsel of record for Defendants Stability AI, Ltd., Stability AI, Inc. and Stability AI US Services Corporation ("Defendants"), in the above-referenced matter. Ms. Bennett has left the law firm of MORRISON & FOERSTER LLP. Defendants will continue to be represented by the law firms of MORRIS, NICHOLS, ARSHT & TUNNELL LLP and MORRISON & FOERSTER LLP.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Joseph C. Gratz<br>Timothy Chen Saulsbury<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105-2482<br>(415) 268-7000<br><br>Laura Gilbert Remus<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Los Angeles, CA, 90017-3543<br>(213) 892-5200<br><br>Aditya V. Kamdar<br>MORRISON & FOERSTER LLP<br>2100 L Street, NW, Suite 900<br>Washington, D.C., 20037<br>(202) 887-1500<br><br>September 20, 2024 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Michael J. Flynn*<br>_____<br>Michael J. Flynn (#5333)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>mflynn@morrisnichols.com<br><br>*Attorneys for Defendants* |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 20, 2024, upon the following in the manner indicated:

Tammy L. Mercer, Esquire                                       *VIA ELECTRONIC MAIL*
Robert M. Vrana, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 North King Street
Wilmington, DE  19801
*Attorneys for Plaintiff*

Benjamin E. Marks, Esquire                                     *VIA ELECTRONIC MAIL*
Jared R. Friedmann, Esquire
Melissa Rutman, Esquire
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153
*Attorneys for Plaintiff*

Brian Liegel, Esquire                                          *VIA ELECTRONIC MAIL*
WEIL, GOTSHAL & MANGES LLP
1395 Brickell Avenue, Suite 1200
Miami, FL 33131
*Attorneys for Plaintiff*

/s/ *Michael J. Flynn*
_____
Michael J. Flynn (#5333)