IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GETTY IMAGES (US), INC., )
)
Plaintiff, )
)
v. )    C.A. No. 23-135 (JLH)
)
STABILITY AI, LTD., STABILITY AI, )
INC., and STABILITY AI US SERVICES )
CORPORATION, )
)
Defendants. )

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the appearance of Laura Gilbert Remus of MORRISON & FOERSTER LLP is hereby withdrawn as counsel of record for Defendants Stability AI, Ltd., Stability AI, Inc., and Stability AI US Services Corporation ("Defendants"), in the above-referenced matter. Ms. Remus has left the law firm of MORRISON & FOERSTER LLP. Defendants will continue to be represented by the law firms of MORRIS, NICHOLS, ARSHT & TUNNELL LLP and MORRISON & FOERSTER LLP.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

Joseph C. Gratz
Timothy Chen Saulsbury
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000

Aditya V. Kamdar
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, D.C., 20037
(202) 887-1500

April 11, 2025

*/s/ Michael J. Flynn*
_____
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mflynn@morrisnichols.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 11, 2025, upon the following in the manner indicated:

Tammy L. Mercer, Esquire                                VIA ELECTRONIC MAIL
Robert M. Vrana, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 North King Street
Wilmington, DE  19801
*Attorneys for Plaintiff*

Benjamin E. Marks, Esquire                              VIA ELECTRONIC MAIL
Jared R. Friedmann, Esquire
Melissa Rutman, Esquire
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153
*Attorneys for Plaintiff*

Brian Liegel, Esquire                                   VIA ELECTRONIC MAIL
WEIL, GOTSHAL & MANGES LLP
1395 Brickell Avenue, Suite 1200
Miami, FL 33131
*Attorneys for Plaintiff*

*/s/ Michael J. Flynn*
_____
Michael J. Flynn (#5333)