IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GETTY IMAGES (US), INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STABILITY AI, LTD., STABILITY AI, )<br>INC., and STABILITY AI US )<br>SERVICES CORPORATION, )<br>)<br>Defendants. | C.A. No. 23-135 (JLH) |

### NOTICE OF WITHDRAWAL OF CERTAIN CO-COUNSEL

PLEASE TAKE NOTICE that the appearance of Melissa Rutman of WEIL, GOTSHAL & MANGES LLP is hereby withdrawn as counsel for Plaintiff Getty Images (US), Inc. ("Plaintiff"), in the above captioned matter. Plaintiff will continue to be represented by the law firms of YOUNG CONAWAY STARGATT & TAYLOR, LLP and WEIL, GOTSHAL & MANGES LLP.

Dated: May 2, 2025

YOUNG CONAWAY STARGATT & TAYLOR, LLP

 /s/ Robert M. Vrana
Tammy L. Mercer (No. 4957)
Robert M. Vrana (No. 5666)
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600
tmercer@ycst.com
rvrana@ycst.com

WEIL, GOTSHAL & MANGES LLP

Benjamin E. Marks
Jared R. Friedmann
767 Fifth Avenue
New York, NY  10153

                                                    (212) 310-8000  
                                     benjamin.marks@weil.com  
                                      jared.friedmann@weil.com

                                        Brian G. Liegel  
                                      1395 Brickell Ave, Ste. 1200  
                                      Miami, Florida 33131  
                                        (305) 577-3180  
                                      brian.liegel@weil.com

*Attorneys for Plaintiff Getty Images (US), Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 2, 2025, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY E-MAIL**

Jack B. Blumenfeld
Michael J. Flynn
MORRIS, NICHOLS, ARSHT
 & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
mflynn@morrisnichols.com

Joseph C. Gratz
Timothy Chen Saulsbury
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
jgratz@mofo.com
tsaulsbury@mofo.com

Aditya V. Kamdar
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, D.C., 20037
akamdar@mofo.com

*Attorneys for Defendant*

Dated: May 2, 2025

YOUNG CONAWAY STARGATT
 & TAYLOR, LLP

*/s/ Robert M. Vrana*
Tammy L. Mercer (No. 4957)
Robert M. Vrana (No. 5666)
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600
tmercer@ycst.com
rvrana@ycst.com

*Attorneys for Plaintiff Getty Images (US), Inc.*