# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GETTY IMAGES (US), INC., </br></br>  Plaintiff,</br></br> v.</br></br>STABILITY AI, LTD., STABILITY AI, INC., and STABILITY AI US SERVICES CORPORATION,</br></br> Defendants. | C.A. No. 23-135 (JLH) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, by and through its undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice. Defendants have not filed any answer or motion for summary judgment.

In order to proceed with its claims against Defendants without further delay, Getty Images intends to file a Complaint in the U.S. District Court for the Northern District of California, where Defendants contend this dispute should be resolved.

Dated: August 14, 2025

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Robert M. Vrana*
Tammy L. Mercer (No. 4957)
Robert M. Vrana (No. 5666)
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600
tmercer@ycst.com
rvrana@ycst.com

2

WEIL, GOTSHAL & MANGES LLP

Benjamin E. Marks (*pro hac vice*)
Jared R. Friedmann (*pro hac vice*)
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
benjamin.marks@weil.com
jared.friedmann@weil.com

Brian G. Liegel (*pro hac vice*)
1395 Brickell Ave, Ste. 1200
Miami, Florida 33131
(305) 577-3180
brian.liegel@weil.com

*Attorneys for Plaintiff Getty Images (US), Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 14, 2025, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY E-MAIL**

Jack B. Blumenfeld
Michael J. Flynn
MORRIS, NICHOLS, ARSHT
 & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
mflynn@morrisnichols.com

Joseph C. Gratz
Timothy Chen Saulsbury
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
jgratz@mofo.com
tsaulsbury@mofo.com

Aditya V. Kamdar
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, D.C., 20037
akamdar@mofo.com

*Attorneys for Defendant*

Dated: August 14, 2025

YOUNG CONAWAY STARGATT
 & TAYLOR, LLP

*/s/ Robert M. Vrana*
Tammy L. Mercer (No. 4957)
Robert M. Vrana (No. 5666)
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600
tmercer@ycst.com
rvrana@ycst.com

*Attorneys for Plaintiff Getty Images (US), Inc.*