AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __District of Delaware__ on the following

☑ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>23-135-JLH | DATE FILED<br>2/3/2023 | U.S. DISTRICT COURT<br>District of Delaware |
|---|---|---|
| PLAINTIFF<br>GETTY IMAGES (US), INC. | | DEFENDANT<br>STABILITY AI, INC. |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | See Attachment A |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☑ Other Pleading |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | See Attachment A |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| See Attached - Notice of Voluntary Dismissal |

| CLERK<br>Randall C. Lohan | (BY) DEPUTY CLERK<br>C. Garfinkel | DATE<br>8/18/2025 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director    **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director    **Copy 4**—Case file copy

# Attachment A

|   | Trademark No. | Date of Trademark | Holder of Trademark |
|---|---|---|---|
| 1 | 2,656,652 | 12/03/2002 | Getty Images (US), Inc. |
| 2 | 2,837,208 | 04/27/2004 | Getty Images (US), Inc. |
| 3 | 2,842,851 | 05/18/2004 | Getty Images (US), Inc. |
| 4 | 2,844,647 | 05/25/2004 | Getty Images (US), Inc. |
| 5 | 3,603,335 | 04/07/2009 | Getty Images (US), Inc. |
| 6 | 4,968,996 | 05/31/2016 | Getty Images (US), Inc. |
| 7 | 4,968,997 | 05/31/2016 | Getty Images (US), Inc. |
| 8 | 5,200,414 | 05/09/2017 | Getty Images (US), Inc. |